UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | No. 4:23-cv-00909-O |

## ORDER

Upon consideration of the parties' Joint Motion Regarding Schedule for Responding to the Complaint and Briefing Potential Rule 12 Motions, it is hereby **ORDERED** that the Joint Motion is granted and the following briefing schedule adopted:

| | |
|---|---|
| Defendants respond to the complaint | December 8, 2023 |
| Plaintiffs file any responsive brief(s) | February 6, 2024 |
| Defendants file any reply brief(s) | March 22, 2024 |

**SO ORDERED** on this **18th day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE