# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | No. 4:23-cv-00909-O |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, it is hereby ORDERED that the motion is granted and the following briefing schedule adopted:

| | |
|---|---|
| Defendants respond to the complaint | December 15, 2023 |
| Plaintiffs file any responsive brief(s) | February 13, 2024 |
| Defendants file any reply brief(s) | March 22, 2024 |

**SO ORDERED** on this **4th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE