UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | No. 4:23-cv-00909-O |

### ORDER GRANTING JOINT MOTION REGARDING SCHEDULE FOR BRIEFING POTENTIAL RULE 56 MOTIONS

Upon consideration of the parties' Joint Motion Regarding Schedule for Briefing Potential Rule 56 Motions, it is hereby **ORDERED** that the Joint Motion is granted and the following briefing schedule adopted:

| | |
|---|---|
| Defendants lodge the administrative record | August 23, 2024 |
| Defendants file an answer | September 6, 2024 |
| Plaintiffs file a motion for summary judgment | October 7, 2024 |
| Defendants file a cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment | November 22, 2024 |

| Plaintiffs file a reply in support of their motion for summary judgment and response to Defendants' cross-motion for summary judgment | January 27, 2025 |
|---|---|
| Defendants file a reply in support of their cross-motion for summary judgment | February 28, 2025 |

**SO ORDERED** on this 21st day of June, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted and agreed,

|  |  |
|---|---|
|  | **O'MELVENY & MYERS LLP** |
|  | By: /s/ Timothy S. Durst |
| K. LEE BLALACK II<br>lblalack@omm.com<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 | TIMOTHY S. DURST<br>Texas Bar No. 00786924<br>tdurst@omm.com<br>2501 N. Harwood Street, Suite 1700<br>Dallas, Texas 75201<br>T: (972) 360-1900<br>F: (972) 360-1901 |
| STEPHEN M. SULLIVAN<br>ssullivan@omm.com<br>JONATHAN P. SCHNELLER<br>jschneller@omm.com<br>ELIZABETH M. BOCK<br>ebock@omm.com<br>HEATHER WELLES<br>hwelles@omm.com<br>400 S. Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 | JENNIFER B. SOKOLER<br>jsokoler@omm.com<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>DAVID DEATON<br>ddeaton@omm.com<br>610 Newport Center Drive<br>Newport Beach, California 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br><br>*Attorneys for Plaintiffs Humana Inc. and Humana Benefit Plan of Texas, Inc.* |
|  | **U.S. DEPARTMENT OF JUSTICE** |
|  | By: /s/ James Bickford |
| BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>MICHELLE BENNETT<br>Assistant Director, Federal Programs Branch | JAMES BICKFORD<br>Trial Attorney (N.Y. Bar No. 5163498)<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>James.Bickford@usdoj.gov<br>Telephone: (202) 305-7632<br>Facsimile: (202) 616-8470<br><br>*Counsel for Defendants* |