UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., <br><br>  and <br><br> HUMANA BENEFIT PLAN OF TEXAS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, <br><br>  and <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br>  Defendants. | No. 4:23-cv-00909-O |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.3 of the United States District Court for the Northern District of Texas, Plaintiffs Humana Inc. and Humana Benefit Plan of Texas, Inc. (collectively, "Plaintiffs") respectfully move for summary judgment on all claims for relief in Plaintiffs' Complaint (ECF No. 1). Pursuant to Local Civil Rule 56.3(b), each of the matters required by Local Civil Rule 56.3(a) is set forth in the accompanying Brief in Support of Plaintiffs' Motion for Summary Judgment.

Plaintiffs respectfully request that the Court grant this motion and enter judgment in their favor.

Dated: October 7, 2024

                                     **O'MELVENY & MYERS LLP**

By: */s/ Timothy S. Durst*

| | |
|---|---|
| K. LEE BLALACK II* | TIMOTHY S. DURST |
| lblalack@omm.com | Texas Bar No. 00786924 |
| 1625 Eye Street, N.W. | tdurst@omm.com |
| Washington, D.C. 20006 | 2501 N. Harwood Street, Suite 1700 |
| Telephone: (202) 383-5300 | Dallas, Texas 75201 |
| Facsimile: (202) 383-5414 | T: (972) 360-1900 |
| | F: (972) 360-1901 |
| STEPHEN M. SULLIVAN* | JENNIFER B. SOKOLER* |
| ssullivan@omm.com | jsokoler@omm.com |
| JONATHAN P. SCHNELLER* | 1301 Avenue of the Americas, 17th Floor |
| jschneller@omm.com | New York, New York 10019 |
| ELIZABETH M. BOCK* | Telephone: (212) 326-2000 |
| ebock@omm.com | Facsimile: (212) 326-2061 |
| HEATHER WELLES* | |
| hwelles@omm.com | DAVID DEATON* |
| 400 S. Hope Street | ddeaton@omm.com |
| Los Angeles, California 90071 | Two Embarcadero Center, 28th Floor |
| Telephone: (213) 430-6000 | San Francisco, California 94111 |
| Facsimile: (213) 430-6407 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |

*Attorneys for Plaintiffs Humana Inc. and Humana Benefit Plan of Texas, Inc.*

\* Admitted pro hac vice

## CERTIFICATE OF SERVICE

On October 7, 2024, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's CM/ECF system.

/s/ *Timothy S. Durst*
Timothy S. Durst