UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　Defendants. | No. 4:23-cv-00909-O |

## ORDER

Before the Court is the America's Health Insurance Plans's ("AHIP's") Motion for Leave to Proceed without Local Counsel (ECF No. 50). Having considered the Motion, the Court finds that it is well taken, and should be and is **GRANTED**. It is therefore **ORDERED** that AHIP may proceed without local counsel.

**SO ORDERED** on this **11th day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1