UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br>　　Defendants. | § § § § § § § § § § § § § § § § <br><br>No. 4:23-cv-00909-O |

## ORDER

Before the Court is the Unopposed Motion for America's Health Insurance Plans ("AHIP") to Participate as *Amicus Curiae* (ECF No. 56), filed October 14, 2024. AHIP seeks leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 43). AHIP states its "brief provides a unique perspective informed by its position as the national trade association representing the health insurance provider community." ECF No. 56 at 1–2.

The Court may exercise its "discretion to consider 'amicus' briefing where 'the proffered information is timely and useful or otherwise necessary to the administration of justice.'" *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (citation omitted). Having considered the reasons in support of this filing and noting the lack of opposition from any party, the Court exercises its discretion to **GRANT** leave to file the *amicus curiae* brief. Accordingly, the Clerk of Court is **DIRECTED** to file the AHIP's brief (ECF No. 56, Exhibit A) as a separate docket entry.

**SO ORDERED** on this **16th** day of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE