UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC.,<br><br>and<br><br>HUMANA BENEFIT PLAN OF TEXAS, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>and<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>            Defendants. | No. 4:23-cv-00909-O |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.4 of the United States District Court for the Northern District of Texas, Plaintiffs Humana Inc. and Humana Benefit Plan of Texas, Inc. (collectively, "Plaintiffs") respectfully file this Response to Defendants' Cross-Motion for Summary Judgment. Pursuant to Local Civil Rule 56.4(b), each of the matters required by Local Civil Rule 56.4(a) is set forth in the accompanying Plaintiffs' Consolidated Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment.

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Summary Judgment and deny Defendants' Cross-Motion for Summary Judgment.

1

Dated: February 3, 2025

                                                **O'MELVENY & MYERS LLP**

By: */s/ Timothy S. Durst*

K. LEE BLALACK II*  
lblalack@omm.com  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
Telephone: (202) 383-5300  
Facsimile: (202) 383-5414  

TIMOTHY S. DURST  
Texas Bar No. 00786924  
tdurst@omm.com  
2501 N. Harwood Street, Suite 1700  
Dallas, Texas 75201  
T: (972) 360-1900  
F: (972) 360-1901  

STEPHEN M. SULLIVAN*  
ssullivan@omm.com  
JONATHAN P. SCHNELLER*  
jschneller@omm.com  
ELIZABETH M. BOCK*  
ebock@omm.com  
HEATHER WELLES*  
hwelles@omm.com  
400 S. Hope Street  
Los Angeles, California 90071  
Telephone: (213) 430-6000  
Facsimile: (213) 430-6407  

JENNIFER B. SOKOLER*  
jsokoler@omm.com  
1301 Avenue of the Americas, 17th Floor  
New York, New York 10019  
Telephone: (212) 326-2000  
Facsimile: (212) 326-2061  

DAVID DEATON*  
ddeaton@omm.com  
Two Embarcadero Center, 28th Floor  
San Francisco, California 94111  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701  

*Attorneys for Plaintiffs Humana Inc. and Humana Benefit Plan of Texas, Inc.*

* Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

On February 3, 2025, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's CM/ECF system.

*/s/ Timothy S. Durst*
Timothy S. Durst