# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 4:23-cv-00909-O |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Defendants' Cross-Motion for Summary Judgment (ECF No. 69), filed February 26, 2025. The Court, having considered the Motion, finds that good cause is shown for the extension requested herein. Accordingly, the Motion is **GRANTED**. Defendants **SHALL** file their reply **on or before March 21, 2025**.

**SO ORDERED** this **27th day** of **February, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE