# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| HUMANA INC. and HUMANA BENEFIT PLAN OF TEXAS, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00909-O |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED**.

2. Defendants' Cross-Motion for Summary Judgment is **DENIED**.

3. The Centers for Medicare and Medicaid Services's February 1, 2023, Final Rule promulgated at 88 Fed. Reg. 6643 is **VACATED and REMANDED to the agency**.

4. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **25th** day of **September, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**